IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership<br><br>    Plaintiff,<br><br>    vs.<br><br>ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; MENDOCINO GOLD GIFTS, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; and ANNE I. THOMAS, [an individual],<br><br>    Defendants.<br>_____/ | No. CIV S-08-1084 JAM EFB<br><br><br><br><br><br>ORDER |

       Plaintiff's motion for entry of default judgment against all remaining defendants came on regularly for hearing before the magistrate judge on December 3, 2008. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

       On June 29, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any

1

objections to the findings and recommendations were to be filed within ten days.   No objections were filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

       1. The Findings and Recommendations filed June 29, 2009, are adopted in full.

       2. The default of defendants Alex R. Thomas & Co., Ripple Riley Thomas, LLC, Alex R. Thomas III, Stephen N. Thomas, and Anne I. Thomas, are entered on the First Amended Complaint pursuant to Fed. R. Civ. P. 55(a).

       3. Plaintiff's motion for default judgment against all defendants is granted pursuant to Fed. R. Civ. P. 55(b)(2).

       4. Plaintiff is awarded damages in the amount of $81,497.81, in addition to prejudgment interest at the rate of 18% per annum, calculated on the full amount, commencing April 13, 2008, plus postjudgment interest pursuant to 28 U.S.C. § 1961.

       5. Plaintiff is awarded attorney fees in the amount of $4908.25, and costs in the amount of $530.00.

       6. The Clerk is directed to close the case.

DATED: July 20, 2009

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE