```
 1  DANIEL A. McDANIEL - SBN 77363
    NOMELLINI, GRILLI & McDANIEL
 2  PROFESSIONAL LAW CORPORATIONS
    235 East Weber Avenue
 3  Post Office Box 1461
    Stockton, California 95201-1461
 4  Telephone: (209) 465-5883
    Facsimile: (209) 465-3956
 5

 6  Attorneys for Plaintiff
    General Produce Co., Ltd.
 7
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership, | Case No. 2:08-CV-01084-JAM-EFB |
| Plaintiff, | **ORDER FOR APPEARANCE AND EXAMINATION** |
| vs. | |
| ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; MENDOCINO GOLD GIFTS, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; and ANNE I. THOMAS, | Date: September 23, 2009<br>Time: 9:30 a.m.<br>Courtroom: 25<br>Judge: Hon. Edmund F. Brennan, U.S. Magistrate Judge |
| Defendants. | |

To MENDOCINO GOLD GIFTS, LLC, a California limited liability company:

YOU ARE ORDERED TO APPEAR personally before this court, to furnish information to aid in enforcement of a money judgment against you, on September 23, 2009, at 9:30 a.m., in Courtroom 25 of the United States District Court, 501 "I" Street, Sacramento, California 95814.

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in**

**this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

**APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

**It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.**

    IT IS SO ORDERED.

Dated:  August 31, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE