DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; MENDOCINO GOLD GIFTS, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; and ANNE I. THOMAS,<br><br>            Defendants.<br>_____ | Case No. 2:08-CV-01084-JAM-EFB<br><br>**ORDER FOR APPEARANCE AND EXAMINATION**<br><br>Date:         September 23, 2009<br>Time:        9:30 a.m.<br>Courtroom: 25<br>Judge:       Hon. Edmund F. Brennan,<br>                 U.S. Magistrate Judge |

To ALEX R. THOMAS & CO., a California corporation doing business as Got Fruit and Ripple Riley Thomas:

YOU ARE ORDERED TO APPEAR personally before this court, to furnish information to aid in enforcement of a money judgment against you, on September 23, 2009, at 9:30 a.m., in Courtroom 25 of the United States District Court, 501 "I" Street, Sacramento, California 95814.

//

1 **APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

2 **NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in**

3 **this order, you may be subject to arrest and punishment for contempt of court, and the**

4 **court may make an order requiring you to pay the reasonable attorney fees incurred by the**

5 **judgment creditor in this proceeding.**

6 **APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

8 **It is your duty to designate one or more of the following to appear and be examined:**

9 **officers, directors, managing agents, or other persons who are familiar with your property**

10 **and debts.**

11 IT IS SO ORDERED.

12 Dated:  August 31, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-
_____
Order to Appear - Alex R. Thomas & Co.