```
DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956


Attorneys for Plaintiff
General Produce Co., Ltd.
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; MENDOCINO GOLD GIFTS, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; and ANNE I. THOMAS,<br><br>    Defendants.<br>_____ | Case No. 2:08-CV-01084-JAM-EFB<br><br>**ORDER FOR APPEARANCE AND EXAMINATION**<br><br>Date:   September 23, 2009<br>Time:   9:30 a.m.<br>Courtroom: 25<br>Judge:   Hon. Edmund F. Brennan,<br>      U.S. Magistrate Judge |

  To ALEX R. THOMAS, III:

  YOU ARE ORDERED TO APPEAR personally before this court, to furnish information to aid in enforcement of a money judgment against you, on September 23, 2009, at 9:30 a.m., in Courtroom 25 of the United States District Court, 501 "I" Street, Sacramento, California 95814.

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in**

-1-
_____
Order to Appear - Alex R. Thomas, III

1 **this order, you may be subject to arrest and punishment for contempt of court, and the**
2 **court may make an order requiring you to pay the reasonable attorney fees incurred by the**
3 **judgment creditor in this proceeding.**
4     IT IS SO ORDERED.
5 Dated:  August 31, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE