1  DANIEL A. McDANIEL - SBN 77363
   NOMELLINI, GRILLI & McDANIEL
2  PROFESSIONAL LAW CORPORATIONS
   235 East Weber Avenue
3  Post Office Box 1461
   Stockton, California 95201-1461
4  Telephone: (209) 465-5883
   Facsimile: (209) 465-3956
5

6  Attorneys for Plaintiff
   General Produce Co., Ltd.
7

8
                   UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 GENERAL PRODUCE CO., LTD., a        )  Case No. 2:08-CV-01084-JAM-EFB
   California limited partnership,     )
13                                     )
                 Plaintiff,             )
14                                     )  **ORDER FOR APPEARANCE AND**
   vs.                                 )  **EXAMINATION**
15                                     )
   ALEX R. THOMAS & CO., a California  )  Date:       September 23, 2009
16 corporation doing business as GOT FRUIT ) Time:       9:30 a.m.
   and RIPPLE RILEY THOMAS;            )  Courtroom:  25
17 MENDOCINO GOLD GIFTS, LLC, a        )  Judge:      Hon. Edmund F. Brennan,
   California limited liability company; RIPPLE )          U.S. Magistrate Judge
18 RILEY THOMAS, LLC, a California limited )
   liability company; ALEX R. THOMAS, III, )
19 an individual; STEPHEN N. THOMAS, an )
   individual; and ANNE I. THOMAS,     )
20                                     )
                 Defendants.            )
21 _____)

22

23         To ANNE I. THOMAS:

24         YOU ARE ORDERED TO APPEAR personally before this court, to furnish information

25 to aid in enforcement of a money judgment against you, on September 23, 2009, at 9:30 a.m., in

26 Courtroom 25 of the United States District Court, 501 "I" Street, Sacramento, California 95814.

27     **APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

28 **NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in**

-1-
_____
Order to Appear - Anne I. Thomas

**this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

IT IS SO ORDERED.

Dated: August 31, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

_____
Order to Appear - Anne I. Thomas