DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; MENDOCINO GOLD GIFTS, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; and ANNE I. THOMAS,<br><br>Defendants. | Case No. 2:08-CV-01084-JAM-EFB<br><br>**ORDER FOR ISSUANCE OF SUBPOENA**<br><br>Date:       September 23, 2009<br>Time:       9:30 a.m.<br>Courtroom: 25<br>Judge:      Hon. Edmund F. Brennan, U.S. Magistrate Judge |

The judgment creditor having made application pursuant to Rule 69 of the Federal Rules of Civil Procedure, and California Code of Civil Procedure section 708.130, a subpoena in a civil case may issue commanding the appearance of Arthur S. Ito to appear as a witness in this matter concerning the assets and liabilities of the judgment debtors.

IT IS SO ORDERED.

Dated: August 31, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

_____
Order for Subpoena - Arthur S. Ito