1 Daniel E. Post, Esq. (Bar No. 172948)
ANDERSON, ZEIGLER, DISHAROON,
2  GALLAGHER & GRAY
50 Old Courthouse Square, 5th Fl. (95404)
3 P.O. Box 1498
Santa Rosa, CA  95402-1498
4 Telephone:   707/545-4910
Facsimile:    707/544-0260

6 Attorneys for Anne I. Thomas

## U.S. DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership, | Case No. 2:08-cv-01084-JAM-EFB |
| Plaintiff, | **ORDER ON DEFENDANT ANNE I. THOMAS' MOTION TO VACATE DEFAULT JUDGMENT AND DEFAULT AND ORDER OF EXAMINATION** |
| vs. | |
| ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; MENDOCINO GOLD GIFTS, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; ANNE I. THOMAS, | Date:         11/18/09<br>Time:         9:00 a.m.<br>Ctrm/Dept:  6 (14th Floor)<br>Judge:       Hon. John A. Mendez<br>Location:    501 I Street<br>                  Sacramento, CA 95814 |
| Defendants. | |

The motion of defendant Anne I. Thomas to vacate default judgment and default and order of examination came on regularly for hearing on November 18, 2009. Attorney Daniel E. Post appeared on behalf of defendant Anne I. Thomas; attorney Daniel A. McDaniel appeared on behalf of plaintiff General Produce Co., Ltd., a California limited partnership; the Honorable John A. Mendez, judge presiding.

ORDER ON DEFENDANT ANNE I. THOMAS' MOTION TO VACATE DEFAULT JUDGMENT AND DEFAULT AND ORDER OF EXAMINATION

PDF created with pdfFactory trial version www.pdffactory.com

After reviewing the pleadings and papers on file in this matter, and following argument by the parties' counsel,

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion of Anne I. Thomas to vacate the default judgment and default and order of examination is hereby granted. Accordingly, the Order for Appearance and Examination of Anne Thomas entered September 23, 2009 (document 42) is hereby vacated. The Judgment entered July 31, 2009 (document 31) is hereby vacated as to Defendant Anne I. Thomas only. The Order for Judgment entered July 31, 2009 (document 30) is hereby vacated in all respects as to Defendant Anne Thomas only, including without limitation to the extent it ordered Entry of Default as to Defendant Anne I. Thomas on the First Amended Complaint. Default Judgment and Default having been vacated and set aside, Defendant Anne I. Thomas is hereby ordered to file her response to Plaintiff's First Amended Complaint within 20 days of entry of this Order.

DATED: November 30, 2009        /s/ John A. Mendez
                                Judge John A. Mendez

APPROVED AS TO FORM:

                                NOMELLINI, GRILLI & McDANIEL

Date: _____    By_____
                                    Daniel A. McDaniel
                                    Attorneys for Plaintiff

2
ORDER ON DEFENDANT ANNE I. THOMAS' MOTION TO VACATE DEFAULT JUDGMENT AND DEFAULT AND ORDER OF EXAMINATION

PDF created with pdfFactory trial version www.pdffactory.com