Daniel E. Post, Esq. (Bar No. 172948)
Allison C. Fries, Esq. (Bar No. 260306)
ANDERSON, ZEIGLER, DISHAROON,
 GALLAGHER & GRAY
50 Old Courthouse Square, 5th Fl. (95404)
P.O. Box 1498
Santa Rosa, CA  95402-1498
Telephone:    707/545-4910
Facsimile:    707/544-0260

Attorneys for Anne I. Thomas,
Arthur S. Ito and Joan Bell

# U.S. DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; MENDOCINO GOLD GIFTS, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; ANNE I. THOMAS; ARTHUR S. ITO, an individual; JOAN BELL, an individual; and SAVINGS BANK OF MENDOCINO COUNTY,<br><br>    Defendants. | Case No. 2:08-cv-01084-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR PENDING MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS; AND ORDER THEREON**<br><br>[Local Rule 78-230(g)]<br><br>Date:         9/1/10<br>Time:         9:30 a.m.<br>Ctrm/Dept:  6 (14th Floor)<br>Judge:        Hon. John A. Mendez<br>Location:    501 I Street<br>                   Sacramento, CA 95814 |

Defendants Anne I. Thomas, Arthur S. Ito and Joan Bell, and plaintiff General Produce Co., Ltd., a California limited partnership, hereby stipulate that defendant Anne I. Thomas' pending motion for summary judgment, currently set for hearing on September 1, 2010, and defendants Arthur S. Ito and Joan Bell's pending motion to dismiss, currently set for hearing on September 1, 2010, shall be continued to October 6, 2010, which is the current hearing date for plaintiff's pending motion to file a third

1
STIPULATION TO CONTINUE HEARING DATE FOR PENDING MOTION FOR SUMMARY JUDGMENT
AND MOTION TO DISMISS; AND PROPOSED ORDER THEREON

amended complaint.  The parties stipulate that the defendants' time to reply to plaintiff's opposition to their respective pending motions shall be calculated based upon the new hearing date of October 6, 2010.

    SO STIPULATED.

ANDERSON, ZEIGLER, DISHAROON, GALLAGHER & GRAY,

Date:  August 24, 2010    By_____
                                     Daniel E. Post

Date:  August 24, 2010    By_____
                                     Allison C. Fries

Attorneys for Anne I. Thomas, Arthur S. Ito and Joan Bell

NOMELLINI, GRILLI & McDANIEL

Date:  August 24, 2010    By   */s/Daniel E. McDaniel*
                                     Daniel A. McDaniel

Attorneys for General Produce Co., Ltd., a California limited partnership

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court having the reviewed the parties' above stipulation,

**IT IS SO ORDERED.**

DATED: 8/23/2010                    /s/ John A. Mendez
                                    Judge John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com