DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>     Plaintiff,<br><br>vs.<br><br>ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; GOT FRUIT, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; and ANNE I. THOMAS, an individual; ARTHUR S. ITO, an individual; JOAN BELL, an individual; and SAVINGS BANK OF MENDOCINO COUNTY,<br><br>     Defendants.<br>_____ | Case No. 2:08-CV-01084-JAM-EFB<br><br>**ORDER FOR DISMISSAL** |

    Pursuant to the written stipulation of the parties and request for dismissal, it is hereby ordered that the above-entitled action be dismissed as against defendant Anne I. Thomas, an individual, Arthur S. Ito, an individual, Joan Bell, an individual, and Savings Bank of Mendocino County, with prejudice, pursuant to F.R.C.P. Rule 41(a).  Each party shall bear their own costs and

-1-
_____
Order for Dismissal

1  attorney fees.

2  Dated: September 23, 2010        /s/ John A. Mendez
                                    JOHN A. MENDEZ
3                                   United States District Judge