DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEX R. THOMAS & CO., a California corporation doing business as GOT FRUIT and RIPPLE RILEY THOMAS; GOT FRUIT, LLC, a California limited liability company; RIPPLE RILEY THOMAS, LLC, a California limited liability company; ALEX R. THOMAS, III, an individual; STEPHEN N. THOMAS, an individual; and ANNE I. THOMAS, an individual; ARTHUR S. ITO, an individual; JOAN BELL, an individual; and SAVINGS BANK OF MENDOCINO COUNTY,<br><br>　　　　　Defendants. | Case No. 2:08-CV-01084-JAM-EFB<br><br>**ORDER FOR APPEARANCE AND EXAMINATION**<br><br>Date:　　　April 20, 2011<br>Time:　　　9:30 a.m.<br>Courtroom:　24<br>Judge:　　Hon. Edmund F. Brennan,<br>　　　　　U.S. Magistrate Judge |

To ALEX R. THOMAS, III:

　　YOU ARE ORDERED TO APPEAR personally before this court, to furnish information to aid in enforcement of a money judgment against you, on April 20, 2011, at 9:30 a.m., in Courtroom 24 of the United States District Court, 501 "I" Street, Sacramento, California 95814.

-1-
_____
Order to Appear - Alex R. Thomas, III

**APPEARANCE OF JUDGMENT DEBTOR**
**(ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.**

IT IS SO ORDERED.

Dated:  March 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-
_____
Order to Appear - Alex R. Thomas, III